**TREEHOUSE LAW, LLP**
Benjamin Heikali (*Pro Hac Vice*)
2121 Avenue of the Stars, Ste. 2580
Los Angeles, CA 90067
Telephone: (310) 751-5928
E-mail: bheikali@treehouselaw.com

**CUSTODIO & DUBEY, LLP**
Robert Abiri
445 S Figueroa Street, Ste. 2520
Los Angeles CA 90071
Telephone: (213) 593-9095
E-mail: abiri@cd-lawyers.com

*Attorneys for Plaintiff and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIELLE WARD, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BESPOLITAN INC. and ELEGANT COMFORT INC., <br><br> Defendants. | No.: 1:23-cv-00069 <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE DEADLINES** |

Plaintiff Danielle Ward ("Plaintiff"), together with Defendants Bespolitan Inc. and Elegant Comfort Inc. ("Defendants") (collectively, the "Parties"), hereby jointly provide notice and inform the Court that a confidential individual resolution of this action has been reached. The settlement resolves and releases Plaintiff's individual claims but does not include the claims of any putative class in this action.

Pursuant to the settlement, the terms of the settlement should be fully effectuated by June 10, 2024, and upon effectuation, Plaintiff shall file for voluntary dismissal with prejudice by no later than June 17, 2024. In the event settlement has not been fully effectuated by June 10, 2024, the Parties will provide a status update to the Court on or before June 17, 2024. As such, the Parties respectfully request that the Court vacate the current case deadlines set forth in the Case Management Order (ECF No. 16).

DATED: November 30, 2023         **CUSTODIO & DUBEY, LLP**

By: /s/ Robert Abiri

Robert Abiri (SBN 238681)
*E-mail: abiri@cd-lawyers.com*
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899

DATED: November 30, 2023         **TREEHOUSE LAW, LLP**

By: /s/ Benjamin Heikali

Benjamin Heikali
*E-mail: bheikali@treehouselaw.com*
10250 Constellation Blvd., Ste. 100
Los Angeles, CA 90067
Telephone: (310) 751-5948

*Attorneys for Plaintiff and the Putative Classes*

-1-
JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE DEADLINES

DATED: November 30, 2023                **ABRAMS FENSTERMAN, LLP**

By: /s/ Alex Leibson

Alex Leibson
*E-mail: aleibson@abramslaw.com*
2280 Easte Avenue, First Floor
Rochester, NY 14610
Telephone: (585) 218-9999

*Attorney for Defendant*